78 A.3d 526

IN THE MATTER OF DAVID A. BOLSON, AN ATTORNEY
AT LAW (ATTORNEY NO. 030241979).

January 10, 2013.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 12–148, concluding that **DAVID A. BOLSON** of **SOUTH ORANGE,** who was admitted to the bar of this State in 1979, should be censured for violating *RPC* 1.5(e) (improperly sharing fees with lawyers not in the same firm), and good cause appearing;

It is ORDERED that **DAVID A. BOLSON** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.